IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

V.                       CASE NO. 5:18-CR-50023-003

JORGE CABALLERO-GONZALEZ                                    DEFENDANT/MOVANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's Amended Motion to Vacate (Doc. 107) is **DENIED** and a certificate of appealability is also **DENIED**.

**IT IS SO ORDERED AND ADJUDGED** on this 27th day of July, 2021.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE